ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 2 7 2006
CLERK, U.S. DISTRICT COURT
By _____
     Deputy

| | |
|---|---|
| FELICIANO MUNOZ, ID # 23556-077,   ) | |
|           Petitioner,   ) | |
| vs.   ) | No. 3:06-CV-0400-H |
|    ) | ECF |
| DAN JOSLIN,   ) | |
|           Respondent.   ) | |

## ORDER ADOPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed November 9, 2006, and Petitioner's Objections, filed November 20, 2006, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court, and Petitioner's Objections are overruled.

SIGNED this 27 day of November, 2006.

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS